**Lester Daniel BRYSON; John Frank Bowen, Plaintiffs–Appellants,**

v.

**Robert P. JOHNSTON, State Superior Court Judge; Forrest D. Bridges, State Superior Court Judge; Dennis J. Winner, State Superior Court Judge; Roy Cooper, State Attorney General, Defendants–Appellees.**

No. 02–6807.

United States Court of Appeals, Fourth Circuit.

Submitted July 25, 2002.

Decided Aug. 2, 2002.

Lester Daniel Bryson, John Frank Bowen, Appellants Pro Se. Gerald Patrick Murphy, Assistant Attorney General, Raleigh, North Carolina, for Appellees.

Before WILKINS, MOTZ, and TRAXLER, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM:

Lester Daniel Bryson and John Frank Bowen, North Carolina inmates, appeal the district court's order dismissing their 42 U.S.C.A. § 1983 (West Supp.2002) complaint under 28 U.S.C.A. § 1915A(b)(1) (West Supp.2002) for failure to state a claim. We have reviewed the record and the district court's opinion and we dismiss the appeal on the reasoning of the district court. *See Bryson v. Johnston*, No. CA–02–89–1–2 (W.D.N.C. Apr. 29, 2002). We further deny the pending motion for the appointment of counsel and for oral argument as the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*